UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| TED B. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | Cause No. 1:25-cv-00372-HAB |
| | ) | |
| v. | ) | |
| | ) | |
| PARKVIEW HOSPITAL and DOCTOR MCGEE, JR., | ) ) | |
| | ) | |
| Defendants. | ) | |

**OPINION AND ORDER**

Plaintiff, Ted Jones, proceeding pro se, sued Defendants alleging medical malpractice. (ECF No. 1). Yet Plaintiff did not pay the filing fee or move to proceed without prepayment of the filing fee. The Court now orders him to either pay the filing fee or move to proceed without prepayment of the fee within 30 days of this Order. The Court also warns Plaintiff that if he fails to do so, his case will be dismissed without prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b); *Sperow v. Melvin*, 153 F.3d 780, 781 (7th Cir. 1998) ("The failure to pay a filing fee normally leads to dismissal for want of prosecution[.]").

For these reasons, the Court:

(1) AFFORDS Plaintiff thirty (30) days from the date of this Order to pay the filing fee or move to proceed without prepayment of the filing fee;

(2) DIRECTS the Clerk to send Plaintiff an AO239 form for the Northern District of Indiana; and

(3) CAUTIONS Plaintiff that if he fails to comply with this Order, the Court will dismiss the case without further notice.

So ORDERED on July 8, 2025.

                                                s/ *Holly A. Brady*
                                                CHIEF JUDGE HOLLY A. BRADY
                                                UNITED STATES DISTRICT COURT